UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAWN RICHMOND,**

    Plaintiff,

                                                                                                           Civil No.**08-13221**
                                                                                                           Hon. John Feikens

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 7/31/2009, and Plaintiff's Objections, filed on 8/10/2009;

    **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                                 **s/John Feikens**
                                                                                 John Feikens
                                                                                 United States District Judge

Dated:  August 31, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 31, 2009.

s/Carol Cohron
Deputy Clerk